**WO**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Petitioner,  )<br>  )<br>v.  )<br>  )<br>ALLIED WASTE INDUSTRIES,  )<br>INC., and SUBSIDIARIES,  )<br>  )<br>Respondent.  )<br>_____  ) | MC 08-40-PHX-JAT<br><br>**ORDER** |

Upon the motion of Respondent Allied Waste Industries, Inc., and good cause appearing,

IT IS ORDERED Granting Allied's Motion for Leave to File Excess Pages (Doc. #13). Respondent shall have nineteen (19) pages for its response to the motion to enforce.

IT IS FURTHER ORDERED that the Clerk of the Court shall file the Proposed Opposition to Petition to Enforce IRS Summons currently lodged at Docket #14.

DATED this 4th day of June, 2008.

_____
James A. Teilborg
United States District Judge